IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. WDQ-08-0508 |
| | : | |
| KEVIN YOUNG a.k.a. "WILL," *et al.* | : | |

**DEFENDANT KEVIN YOUNG'S MOTION
TO SUPPRESS PHYSICAL EVIDENCE**

Kevin Young, by counsel, hereby moves pursuant to Fed. R. Crim. P. 12(b)(3) to suppress all physical evidence seized as the result of the warrantless search of his apartment on April 17, 2008 and states:

1. Mr. Young is charged in a three-count indictment with conspiracy to distribute phencyclidine in violation of 21 U.S.C. § 846 and distribution of phencyclidine in violation of 21 U.S.C. § 841.

2. Discovery provided by the government indicates that on April 17, 2008, members of the Baltimore County Police Department conducted "a knock and talk" interview at the residence of Kevin Young located at 4413 Arnold Road, Apartment T-2, Suitland, Maryland 20746. An undisclosed person at that location allegedly provided consent to search Mr. Young's room, and documents and liquid phencyclidine were seized as evidence. Mr. Young had been arrested on April 16, 2008 and was, upon information and belief, in police custody at the time of the search of his home.

3. The person present in the apartment at the time of the search had no actual authority to consent to the search of Mr. Young's room, did not have common authority to consent, did not have joint access or control over the apartment (including specifically Mr.

Young's room), and was not acting as the express or implied agent of Mr. Young. Moreover, the police lacked a reasonable basis to believe that the person present at the time of the search had authority to consent to the search.

WHEREFORE, Mr. Young moves for an order suppressing all evidence seized from his room on grounds that the search and seizure occurred without a warrant and in violation of the Fourth Amendment to the United States Constitution.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

\_\_\_\_/s/_____
SEAN P. VITRANO
Assistant Federal Public Defender
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962
(410) 962-0872
Sean_Vitrano@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2008, the foregoing motion was filed using the District of Maryland CM/ECF system and was served electronically upon the following counsel:

    Philip S. Jackson, Esquire
    Assistant United States Attorney
    36 South Charles Street, Fourth Floor
    Baltimore, Maryland 21201

    Stanley H. Needleman, Esq.
    1005 North Calvert Street
    Baltimore, Maryland 21202
    (Counsel for Raymond Washington)

                                                      /s/
                                              SEAN P. VITRANO